IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANNE M. RISSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09-0386 |
| | ) Judge Trauger |
| THE METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND DAVIDSON | ) |
| COUNTY, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss (Docket No. 8) will be **GRANTED.** Specifically, the plaintiff's claim under 42 U.S.C. § 1983 is **DISMISSED** with prejudice. The plaintiff's claim under T.C.A. § 8-8-301 *et seq.* is **DISMISSED** without prejudice.

It is so ordered.

Enter this 7th day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge